No. 554. EL PUEBLO *v.* BONILLA.—

No. 556. EL PUEBLO *v.* BURGOS.—

Apelaciones procedentes de la Corte de Distrito de Ponce en causas por delito electoral. Resueltas en marzo 13, 1913. Confirmadas las sentencias apeladas de octubre 31, 1912. Abogado del Pueblo: *Sr. Frank Martínez, Fiscal interino.* Los apelantes no comparecieron.

---

No. 383. EX PARTE RODRÍGUEZ.—Solicitud de los herederos de Ambrosio Batlle y Rodríguez para dar por terminada la fianza notarial hipotecaria otorgada por su causante. Resuelta en marzo 13, 1913. Terminada la fianza notarial hipotecaria prestada por Don Ambrosio Batlle y Rodríguez por escritura de julio 10, 1894. Abogado de los peticionarios: *Sr. José Benet.*

---

No. 548. EL PUEBLO *v.* BETANCOURT.—

No. 553. EL PUEBLO *v.* GARCÍA.—

Apelaciones procedentes de la Corte de Distrito de Humacao en causas por delito electoral. Resueltas en marzo 14, 1913. Confirmadas las sentencias apeladas de noviembre 1, 1912. Abogado del Pueblo: *Sr. Frank Martínez, Fiscal interino.* Los apelantes no comparecieron.